William J. Becker, Jr., Esq. (SBN: 134545)
Bill@FreedomXLaw.com
**Freedom X**
11500 Olympic Blvd., Suite 400
Los Angeles, California 90064
Telephone: (310) 636-1018

Counsel for Plaintiff, *Abiding Place Ministries*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABIDING PLACE MINISTRIES,** <br><br> Plaintiff <br><br> vs. <br><br> **GAVIN NEWSOM**, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-00518-BAS-LL <br><br> **NOTICE OF SETTLEMENT** |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that the parties have fully and finally settled this action.

Date: August 20, 2023                    FREEDOM X

                        By:   /s/ William J. Becker, Jr.
                              WILLIAM J. BECKER, JR., ESQ.

Case No. 3:21-cv-00518-BAS-LL

**NOTICE OF SETTLEMENT**